IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RODERICK DEWAYNE NEAL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:15-cv-290-LSC |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

### ORDER OF DISMISSAL

In accordance with the Memorandum of Opinion entered contemporaneously herewith, Petitioner's motion to vacate, set aside, or correct his sentence is DISMISSED WITH PREJUDICE. A certificate of appealability will not be issued.

**DONE** AND **ORDERED** ON JUNE 12, 2017.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704